OPHELIA MARIANI, Respondent, v. MAX GOLD, THEODORE GOLD and ANCY GOLD, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements to the appellants, and the motion denied. The date for the examinations to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

## (April 28, 1939.)

SCHATZ ADAMS WEICKER, Respondent, v. THEODORE WEICKER, JR., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

GRACE I. SWEET and Others, Appellants, v. FRANK E. CAMPBELL, "THE FUNERAL CHURCH," INC., and MADISON AVENUE AND 81ST STREET CORPORATION, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ,

In the Matter of the Application of MOHAWK MANUFACTURING Co., INC., to Confirm the Award Made in Arbitration Proceedings between ERNEST CAVICCHI, Doing Business as the WADE BUTTON Co., and MOHAWK MANUFACTURING Co., INC. (MOHAWK MANUFACTURING Co., INC., Respondent, v. ERNEST CAVICCHI, Doing Business as the WADE BUTTON Co., Appellant.) — Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; Townley, J., dissents.

THOMAS JOSEPH FEELEY, Respondent, v. MULKEEN RESTAURANT INC. OF NEW YORK, Appellant, Impleaded with Another, Defendant.— Judgment unanimously reversed and a new trial ordered, with costs to the defendant-appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered against the defendant-appellant to the sum of $4,203.70, in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

PHILIP DAVIS, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD SABIAN and ANTHONY TRAPANI, Appellants, Impleaded with Another, Defendant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

MATILDA BARBER, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AARON COHEN, ELLERY PATTON and JOHN McCORMACK, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

MICHAEL BRANDORFF, Respondent, v. WILOUBAR REALTY CORPORATION, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.